[No. 11571–5–I.   Division One.   December 10, 1984.]

J. ROBERT CASSIDY, *Appellant,* v. MERLE A.
ENDERSBY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for What-
com County, No. 81–2–00578–7, Jack S. Kurtz, J., entered
March 16, 1982. *Affirmed* by unpublished opinion per Dur-
ham, C.J., concurred in by Ringold and Scholfield, JJ.

[No. 11846–3–I.   Division One.   December 10, 1984.]

*In the Matter of the Marriage of* EUNICE MAY NICKELL,
*Appellant, and* JAMES EDWARD
NICKELL, *Respondent.*

Appeal from a judgment of the Superior Court for Island
County, No. 13494, Richard L. Pitt, J., entered June 9,
1982. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Corbett, A.C.J., and Coleman, J.

[Nos. 13046–3–I; 13057–9–I.   Division One.   December 10, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
GEORGE CORBETT, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King
County, No. 82–1–03236–7, Jim Bates, J., entered April 6,
1983. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Williams and Callow, JJ.

[No. 13502–3–I.   Division One.   December 10, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
BURKE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–02014–1, Anthony P. Wartnik, J., and
Maurice Epstein, J. Pro Tem., entered August 2 and June
17, 1983. *Reversed* and *remanded* by unpublished opinion
per Coleman, J., concurred in by Williams and Callow, JJ.